UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

vs.

Jonathan Silvano Ramos de la Rosa

---

**ORDER**

21   CR 210 (JSR)

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, Jonathan Ramos de la Rosa

, Reg # (57420 ) -054, be released from custody, The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

_____
3/7/22
Date